**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FAWWAZ A. SALHAB, | Civil Action No. 07-3679(SDW) |
| Plaintiff, | |
| v. | |
| MICHAEL CHERTOFF, In his capacity as SECRETARY for the DEPARTMENT OF HOMELAND SECURITY, EDUARDO AGUIRRE, In his capacity as DIRECTOR for the UNITED STATES CITIZENSHIP IMMIGRATION SERVICES, ANDREA J. QUARANTILLO, In her capacity as DISTRICT DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | **ORDER**<br><br>August 23, 2007 |
| Defendants. | |

**WIGENTON,** District Judge.

For the reasons set forth in this Court's Opinion of August 23, 2007,

It is on this 23rd day of August 2007,

**ORDERED** that this matter is **REMANDED** to CIS for completion of the FBI check.

**SO ORDERED.**

s/Susan D. Wigenton, U.S.D.J.

1